**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

LORALEE STANTON,

       Plaintiff

vs.                                          Case No. 2:11-CV-02478-CM-KGS

THE GREENS AT SHAWNEE APARTMENTS
MANAGEMENT COMPANY
and
LINDSEY MANAGEMENT COMPANY, INC.
and
JOHN DOE 1-3,

       Defendants.

## CERTIFICATE OF COMPLIANCE

Undersigned counsel for defendants, The Greens at Shawnee Apartments Management Company and Lindsey Management Company, Inc., certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal of this action was filed with the Clerk of the District Court of Wyandotte County, Kansas. This filing occurred on August 24, 2011.

Undersigned counsel further certifies that, in compliance with 28 U.S.C. § 1446(d), written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court. This notice was given on August 24, 2011, to all of the parties named above as plaintiffs in this action or to their attorneys of record via U.S. Mail.

<table>
<tr><td>

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by ECF/CM this 26th day of August, 2011.

___/s/ Paul Croker_____

</td><td>

Respectfully Submitted,

___/s/ Paul Croker_____
Richmond M. Enochs, Esq.     #05972
Paul Croker, Esq              #21627
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
P.O. Box 12290
Overland Park, KS  66282-2290
Telephone: (913) 752-5506
Facsimile: (913) 888-1065
renochs@wallacesaunders.com
pcroker@wallacesaunders.com

Attorneys for Defendants,
The Greens at Shawnee Apartments Management Company and Lindsey Management Company, Inc.

</td></tr>
</table>

\\sfnfs02\prolawdocs\6947\6947-27877\Le, Robert & Etezazi, Thuoc\490547.doc