**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

LORALEE STANTON,

       Plaintiff

vs.                                                   Case No. 2:11-CV-02478-CM-KGS

THE GREENS AT SHAWNEE APARTMENTS
MANAGEMENT COMPANY
and
LINDSEY MANAGEMENT COMPANY, INC.
and
JOHN DOE 1-3,

       Defendants.

## ANSWER

**COME NOW** the Defendants, the Greens at Shawnee Apartments Management Company and Lindsey Management Company, Inc., and for their Answer allege and state:

1. That the allegations of Paragraph 1 are not within the knowledge of these Defendants so they can neither admit or deny.

2. The allegations of Paragraph 2 are generally admitted.

3. The allegations of Paragraph 3 are generally admitted.

4. The allegations of Paragraphs 4 and 5 are not within the knowledge of these Defendants so they can neither admit or deny.

5. The allegations of Paragraph 6 are generally admitted.

6. The allegations of Paragraph 7 are admitted.

7. The allegations of Paragraph 8 are denied.

8. The allegations of Paragraph 9 are denied in the manner in which it is phrased.

9. The allegations of Paragraph 10 are not within the knowledge of these Defendants so they can neither admit or deny.

10. The allegations of Paragraph 11 are not within the knowledge of these Defendants so they can neither admit or deny.

11. The allegations of Paragraph 12 and 13 are denied.

12. The allegations of Paragraph 14 are denied unless heretofore admitted.

13. The allegations of Paragraph 15 state a legal conclusion which does not need to be answered, but these Defendants deny that they failed to warn the Plaintiff of any dangerous condition.

14. The allegations of Paragraph 16 are denied.

15. The allegations of Paragraph 17 are denied in the manner in which it is phrased as there was no unsafe condition.

16. The allegations of Paragraph 18 are denied.

17. The allegations of Paragraph 19 are denied unless heretofore admitted.

18. The allegations of Paragraphs 20 and 21 are not within the knowledge of the Defendants.

19. The allegations of Paragraphs 22 and 23 are not within the knowledge of these Defendants so therefore must be denied.

20. The allegations of Paragraph 24 are denied unless heretofore admitted.

21. The allegations of Paragraph 25 state a legal conclusion which does not need to be answered, but these Defendants deny that they failed to maintain the conditions in a reasonably safe condition.

22. The allegations of Paragraphs 26 and 27 are denied.

23. The allegations of Paragraph 28 are denied unless heretofore admitted.

24. The allegations of Paragraph 29, 30, 31 and 32 are denied.

25. The allegations of Paragraph 33 are denied unless heretofore admitted.

26. The allegations of Paragraph 34 state a legal conclusion to which no answer is necessary, but these Defendants deny that they failed to exercise reasonable care in the maintenance of the common areas.

27. The allegations of Paragraphs 35 and 36 are denied.

## AFFIRMATIVE DEFENSES

1. Defendants deny that they breached any duties to the Plaintiff.

2. The Defendants deny the nature and extent of Plaintiff's injuries and damages.

3. Defendants specifically deny that they were negligent but if they were negligent that the fault of the Plaintiff and others must be compared.

4. Defendants further state that Plaintiff was negligent in this matter and that the Plaintiff's negligence must be compared with other parties.

5. That Plaintiff's claims are barred against this Defendant due to Plaintiff's failure to file a compulsory counterclaim in Case No. 11LA05504 in Johnson County, Kansas.

WHEREFORE, these Defendants pray that the Plaintiff take naught by way of their Complaint and that these Defendants have and receive their costs herein expended.

Respectfully Submitted,

\_\_/s/ Richmond M. Enochs_____
Richmond M. Enochs, Esq.     #05972
Paul Croker, Esq             #21627
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
P.O. Box 12290
Overland Park, KS  66282-2290
Telephone: (913) 752-5506
Facsimile: (913) 888-1065
renochs@wallacesaunders.com
pcroker@wallacesaunders.com

Attorneys for Defendants,
The Greens at Shawnee Apartments Management Company and Lindsey Management Company, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by ECF/CM this 30th day of August, 2011 to.

Jeremiah Johnson
Law Offices of Jeremiah Johnson, LLC
104 E. Poplar
Olathe, KS  66061

Attorneys for Plaintiff

\_\_\_/s/ Richmond M. Enochs_____

\\sfnfs02\prolawdocs\6947\6947-27877\Le, Robert & Etezazi, Thuoc\490547.doc